UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SILIPINT PARTNERS LLC. | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.<br>) |
| SIESTA LLC, | )<br>) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | )<br>) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Silipint Partners LLC, ("Silipint") for its Complaint against the Defendant, Siesta LLC ("Siesta"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for infringement of United States Patent No. 8,469,225 (the "Patent in Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

**PARTIES**

2. Plaintiff Silipint is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 8460 Bearing Dr., Suite 300, Indianapolis, IN 46268.

3. Upon information and belief, Defendant Siesta is a corporation organized and existing under the laws of the State of Florida, having a principal place of business at 1300 Stirling Road, 9A, Dania Beach, Florida 33004.

**JURISDICTION**

4. This is an action for patent infringement under the Patent laws of the United States, Title 35, United States Code, and more particularly under 35 U.S.C. §§ 271 *et. seq.* This Court has

jurisdiction over this patent infringement action under the Judicial Code of the United States, 28 U.S.C. §§ 1338(a) and 1331.

5. Defendant resides in and/or has engaged in business activity within this judicial district sufficient to vest this Court with personal jurisdiction over Defendant.

## VENUE

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), (c) and (d) in that Defendant Siesta is a limited liability company residing in this judicial district.  Defendant also has its regular and established place of business in this judicial district and has committed acts in this judicial district that are accused to be direct infringements of the Patent in Suit.

## BACKGROUND FACTS

7. Plaintiff Silipint is the originator of and market leader in silicone drinkware products.

8. Silipint sells a growing line of drinkware products under the Silipint® brand, including pint glasses, wine glasses, shot glasses and many other cups having various conventional drinkware shapes and sizes.

9. Silipint's drinkware products originated in Bend, Oregon and quickly caught on with the outdoor adventure and craft brewing industries.  Soon thereafter, Silipint® products were being used all over.  Today, Silipint® products are available from many prominent retailers as well as hundreds of other shops, breweries and destinations, including gift shops and boutiques.

10. Silicone drinkware products are unbreakable, easily packable, provide excellent insulation for both hot and cold beverages, and are dishwasher safe.  In addition, Silipint's products can each be ordered in any number of existing color and/or graphic combinations.

11. In recognition of the uniqueness of Silipint's products, the United States Patent and Trademark Office awarded Silipint with the Patent in Suit, which is entitled "Semi-Rigid Beverage Receptacle."  A copy of the Patent in Suit is attached hereto as Exhibit A.

12. The Patent in Suit issued on June 25, 2013. Prior to its issuance, the Patent in Suit was assigned to Silipint, Inc. Subsequently, in 2019, the Patent in suit was assigned to Plaintiff Silipint.

13. Silipint has complied with the patent marking requirements of 35 U.S.C. 287 for products manufactured and sold by Silipint which are covered by the Patent in Suit.

14. Siesta had actual knowledge of the '225 Patent at least as early December 14, 2020 when Siesta's counsel confirmed receipt by Siesta of a letter from Silipint putting Siesta on notice of the Patent in Suit and identifying several of Siesta's products as infringing.

15. Subsequently, the parties have had substantial discussions seeking to resolve the dispute, but no resolution has been reached.

16. Upon information and belief, sometime at least as early as the fall of 2020, Defendant began offering for sale 100% silicone drinkware products, including a "16 oz. Silicone Drinking Cup" (Items PIT-SC1 through PIT-SC9), a "14 oz. Silicone Wine Glass" (Items WIN-SC1 through WIN-SC9), and a 1 oz. Silicone Shot Glass (SHT-SC1 through SHT-SC9). Subsequently, Siesta launched additional 100% silicone drinkware products, including at least a mug (Items MUG-SC4 through MUG-SC15), a second shot glass shape (SR-SC4 through SR-SC15), a lidded kid's cup (KK-SC5 through KK-SC11) and alternate colors / versions of the existing products (PP-SC4 through PP-SC15, SS-SC4 through SS-SC15, WW-SC4 through WW-SC15) (collectively the "Infringing Products").

17. Each of the Infringing Products infringe one or more claims of the Patent in Suit. Copies of Siesta's early and current product catalogs showing these Infringing Products are attached hereto as Exhibits B and C respectively.

18. Siesta markets and sells the Infringing Products through its promotional products business, including many of the same customers to whom Silipint markets and/or sells its products covered by the Patent in Suit.

## COUNT I - INFRINGEMENT OF U.S. PATENT 8,469,225

19. Silipint incorporates by reference paragraphs 1 through 18.

20. Siesta has directly infringed one or more claims of the Patent in Suit through the import, use, sale and/or offer for sale of the Infringing Products.

21. A claim chart establishing infringement by Siesta of claims 17 and 18 of the Patent in Suit is provided as Exhibit D.

22. Various shapes and sizes of the Infringing Products infringe other claims of the Patent in Suit, including, but not limited to, claims 4, 6, 8, 14, 15, 16, 17, 18 and 19.

23. On information and belief, Siesta has acted willfully, intentionally and deliberately in derogation of Silipint's rights in the Patent in Suit.

24. Upon information and belief, Siesta will continue to infringe the Patent in Suit unless enjoined by this Court.

25. As a consequence of Siesta's infringement, Silipint has been irreparably damaged to an extent not yet determined, and Silipint will continue to be irreparably damaged by such acts in the future unless Siesta is enjoined by this Court from committing further acts of infringement.

26. Silipint is entitled to recover damages adequate to compensate for Siesta's infringement, which in no event can be less than a reasonable royalty.

# **RELIEF**

**WHEREFORE**, Silipint prays for judgment as follows:

A. A judgment of infringement of the Patent in Suit be entered in favor of Silipint against Siesta.

C. An order permanently restraining Siesta or any subsidiaries, employees, agents or servants thereof, from further acts of infringement of the Patent in Suit.

E. An order that all infringing products in the possession of, or subject to control by Siesta or any employees, agents, servants or distributors thereof, infringing on or contributing to the infringement of the Patent in Suit be delivered up and destroyed.

F. An award of damages to Silipint in whatever amount it is found to be entitled plus interest.

G. An award of damages under 35 U.S.C. §284 in an amount not less than three times the amount of actual damages caused by Siesta's acts of willful and wanton infringement.

H. An award to Silipint of its costs and expenses.

I. An order declaring that this is an exceptional case pursuant to 35 U.S.C. § 285 as a result of Siesta's knowing and willful infringement of the Patent in Suit, and awarding Silipint its attorneys' fees incurred in bringing this action.

J. An order granting all other relief found necessary, just and proper under the circumstances, including monetary damages to which Silipint may be entitled.

## **JURY DEMAND**

Silipint respectfully demands a jury trial on all issues so triable.

Dated:  October 12, 2022.

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ *James J. McGuire*
James J. McGuire (FBN 187798)
jmcguire@tlolawfirm.com
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

Dana J. McElroy (FBN 0845906)
dmcelroy@tlolawfirm.com
915 Middle River Drive, Ste. 309
Fort Lauderdale, FL  33304
Telephone: (954) 703-3416
Facsimile: (954) 400-5415

and

William A. McKenna (PHV forthcoming)
WOODARD, EMHARDT,
HENRY, REEVES & WAGNER LLP
111 Monument Circle, Ste. 3700
Indianapolis, IN  46204-5137
Telephone: (317) 634-3456
Facsimile: (317) 637-7561
wmckenna@uspatent.com

*Attorneys for Plaintiff, Silipint Partners LLC*